TRIANGLE WAIST COMPANY, Respondent, *v.* GENERAL
ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION,
LTD., OF PERTH, SCOTLAND, Appellant.

*Triangle Waist Co.* v. *General Acc., F. & L. Assur. Corpn., Ltd.,
of Perth, Scotland,* 177 App. Div. ——, appeal dismissed.
(Argued April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered March 6, 1917, affirming a judg-
ment in favor of plaintiff entered upon a verdict in an
action upon a policy of liability insurance.

The motion was made upon the grounds that the Appel-
late Division had unanimously decided that the verdict
was sufficiently supported by the evidence; that the excep-
tions were frivolous, and the appeal taken solely for pur-
pose of delay.

*Max D. Steuer* for motion.

*Wendell P. Barker* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.